

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-21-00535-CV

**TEXAS BRANDON CORPORATION, INC**. and Ronald Wilson,
Appellants

v.

**EOG, KARBUHN OIL COMPANY**, Robert E. Brandt, Chad E. Brandt, Joachim K. Leicht,
Dick A. Tracy, and Alicat, Energy,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On February 18, 2022, we struck Appellants' brief for failing to comply with requirements of the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 38.1. We ordered Appellants to file an amended brief that fully complied with the applicable rules. *See id.*

Appellants filed a first amended brief on February 18, 2022 and a second amended brief on March 2, 2022. Both briefs do not fully comply with the applicable rules. For example, the statement of facts do not include record references. *See id.* Despite the second amended brief's defects, we are not ordering Appellants to file a third amended brief. However, the submission panel may determine that Appellant has waived one or more issues due to inadequate briefing if the noted deficiencies are not corrected prior to submission. *See Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.) (briefing waiver).

Appellees' brief is due on April 1, 2022. *See* TEX. R. APP. P. 38.6(b).

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2022.



MICHAEL A. CRUZ, Clerk of Court